**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

LAUREN PARKER

     Plaintiff

 v.

TRANSUNION, LLC

     Defendant

Case No. 25-CV-09910
Judge: Honorable Georgia N. Alexakis

## JOINT INITIAL STATUS REPORT

### I. Nature of the Case

**A. Attorneys of record for each party, including the lead trial attorney**

For Plaintiff:

> Lauren Parker (pro se)
> 1 East Erie Street, Suite 525
> Chicago, IL 60611
> 773-414-4787
> Lnpark3r@gmail.com

For Defendant TransUnion, LLC:

> Scott Brady
> Quilling, Selander, Lownds, Winslett & Moser, P.C.
> 10333 North Meridian Street, Suite 200
> Indianapolis, IN 46290
> (317) 497-5600, Ext. 602
> sbrady@qslwm.com
> (Lead Counsel)

**B. Nature of the claims and any counterclaims**

This is an action brought by Plaintiff under the Fair Credit Reporting Act ("FCRA"), 15 USC §§ 1681e(b) and 1681i(a), arising from Defendant TransUnion, LLC's inaccurate reporting and failure to conduct reasonable reinvestigations of disputed credit information. Plaintiff alleges that TransUnion reported false and misleading information on her credit file—including incorrect balances, payment histories, and payment dates—after being notified of the inaccuracies through multiple written disputes.

1

Despite repeated disputes, TransUnion failed to employ reasonable procedures and failed to reasonably reinvestigate Plaintiff's credit information.

Defendant TransUnion denies all allegations of wrongdoing and contends that it maintained reasonable procedures and fully complied with the FCRA and all applicable laws and regulations.

### C. Major Legal and Factual Issues

The major legal and factual issues in this case are: (1) whether Trans Union reported any inaccurate information, (2) whether Trans Union maintained reasonable procedures to ensure accurate reporting and to reinvestigation Plaintiff's dispute(s), (3) whether Plaintiff suffered any damages, and (4) whether Plaintiff's damages are causally related to any action or inaction of Trans Union.

### D. Relief Sought by Parties

Plaintiff seeks relief for harm to her credit reputation, denial of credit opportunities, and severe emotional distress. Plaintiff requests:

- Actual damages;

- Statutory damages;

- Punitive damages;

- Attorney's fees and costs; and

- Any other relief the Court deems just and proper.

At the present time, Trans Union is not seeking damages from any party. However, Trans Union reserves the right to seek reimbursement of costs, including but not limited to attorneys' fees, should it prevail in this matter

### II. Jurisdiction

This Court has subject matter jurisdiction pursuant to 28 USC § 1331 because Plaintiff's claims arise under the laws of the United States. Jurisdiction is also proper under 28 USC § 1337 and 15 USC § 1681p, as this action arises under the Fair Credit Reporting Act ("FCRA"), 15 USC § 1681 et seq. Plaintiff states that venue is proper in this district pursuant to 28 USC § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred within this district.

### III. Status of Service

All parties have been served.

### IV. Consent to Magistrate Judge

The parties are informed about the possibility of proceeding before the assigned Magistrate Judge, but they do not unanimously consent to proceed before a United States Magistrate Judge for all purposes, including trial and entry of final judgment.

**V. Pending Motions**

Plaintiff has a pending Motion to Strike Defendant's Affirmative Defenses. No other motions are pending.

**VI. Proposed Discovery Plan**

**Pursuant to Rule 26(f), the parties have conferred and propose the following discovery schedule:**

Rule 26(a)(1) Initial Disclosures   November 30, 2025

Written Discovery Requests   December 15, 2025

Completion of Fact Discovery   March 27, 2026

Expert Discovery Completion   March 27, 2026

Dispositive Motion Deadline   May 1, 2026

**VII. Status of Settlement Discussion**

A. The parties have discussed a potential early resolution and remain open to settlement negotiations or mediation following initial discovery. No settlement has been reached to date.

B. The parties do not request a settlement conference at this time but may do so in the future.

**VIII. Other**

Plaintiff has demanded a trial by jury.

Respectfully Submitted,

For the Plaintiff:

/s/ Lauren Parker (with consent)
Lauren Parker
1 East Erie Street, Suite 525
Chicago, IL 606116


For the Defendant:

*/s/ Scott E. Brady*
Scott E. Brady, Esq. (IL# 3053449)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 602
Fax:  (317) 899-9348
E-Mail:  sbrady@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*