



FILED
11/16/2025
E.C
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAUREN PARKER<br><br>             Plaintiff<br><br>v.<br><br>TRANSUNION, LLC<br><br>             Defendant | Case No. 25-CV-09910<br>Judge: Honorable Georgia N. Alexakis |

### NOTICE OF MOTION

Please take notice that on Monday, November 24, 2025, at 1:00 p.m., Plaintiff will appear telephonically before the Honorable Georgia N. Alexakis, United States District Judge for the Northern District of Illinois, in Courtroom 1719, and will then and there present:

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES, which has been filed with the Court.

The hearing will be conducted telephonically, and the Court's call-in information will be provided pursuant to Judge Alexakis's standing procedures.

Dated: 11/16/2025

Respectfully submitted,

Plaintiff, Pro Se:

/s/ Lauren Parker

Lauren Parker

1 East Erie Street, Suite 525

Chicago, IL 60611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's electronic filing system, which automatically serves all counsel of record who are registered users of the system. In addition, notice of this filing was sent via email to counsel of record, Scott E. Brady, at sbrady@qslwm.com.

/s/ Lauren Parker

Lauren Parker

1 East Erie Street, Suite 525

Chicago, IL 60611

Lnpark3r2@gmail.com