**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Lauren Parker
                            Plaintiff,

v.                                                    Case No.: 1:25−cv−09910
                                                      Honorable Georgia N. Alexakis

TransUnion, LLC
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

        MINUTE entry before the Honorable Georgia N. Alexakis: Status and motion hearing held on 11/18/25. For the reasons reflected on the record, plaintiff's motion to strike affirmative defenses of defendant TransUnion [14] is granted in part and denied in part. If TransUnion wishes to reassert any affirmative defenses that the Court struck with leave to amend, it may file an amended pleading by 12/4/25. This case is referred to Magistrate Judge Berry for all discovery scheduling and supervision, including the authority to set, adjust, and extend all discovery−related deadlines. For Judge Berry's benefit, the Court notes that the parties' recent status report [20] includes a proposed discovery plan. The referral also includes the authority to conduct a settlement conference, as necessary. The Court will set any briefing schedule on a dispositive motion schedule after all discovery is complete. No appearance is required on 11/24/25. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.